# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Antonio Ortiz-Aponte<br>Petitioner,<br><br>vs.<br><br>United States of America<br>Respondent. | CIVIL CASE 14-1109 (JAF)<br>(Crim. No. 10-00251-16 JAF) |

## JUDGMENT

On the basis of the terms and conditions of an Opinion and Order, docket #5, subscribed by the court on June 11, 2014, Judgment is entered summarily dismissing Petitioner's §2255 motion pursuant to Rule 4(b) of the Rules Governing §2255 Proceedings because it plainly appears from the record that Petitioner is not entitled to §2255 relief from this court.

In San Juan, Puerto Rico, this 13th day of June, 2014.

Frances Rios de Moran, Esq.
Clerk of Court

S/ Diana Villavicencio

Diana Villavicencio
Deputy Clerk