Antonio Ortiz Aponte
#35382-069 / 5751
Federal Correctional Institution
P.O. BOX 2000
Joint Base MDL, NJ 08640

RE: "The First Step Act"...

To Whom It May Concern:

My name is, Antonio Aponte #35382-069. I'm writing you, in regards to — THE FIRST STEP ACT? I would like to know, what process, the Courts have in progress? Since the passing of the NEW Law/Act... I haven't heard anything, or, from anyone. I don't know, if the Courts, will file on behalf of qualified

defendants? I don't know; if qualified defendants; are to Motion the Courts? I don't know; if the Federal Public Defenders Office; will notify qualified defendants or what? Depending on, which avenue the Courts have in place... I would ask the Courts, to point me in the right direction? If need be – I will ask the Courts, to APPOINT me, a Federal Public Defender, to help me in this matter and see, if I qualify; for ANY relief; under – The First Step Act? Your help in this matter, is very much needed and appreciated? THANK YOU!